**Jahhad MELEIK, Plaintiff–Appellant,**

v.

**Superintendent Robert JONES; Captain Marquis Betz, Defendants–Appellees.**

No. 14–6295.

United States Court of Appeals, Fourth Circuit.

Submitted: May 22, 2014.

Decided: May 29, 2014.

Jahhad Meleik, Appellant Pro Se. Jodi Harrison, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Before TRAXLER, Chief Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jahhad Meleik appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Meleik v. Jones,* No. 5:12–ct–03100–BO (E.D.N.C. Feb. 4, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*